FILED FEB 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 24 February, 2005 10:27:44 AM
Clerk, U.S. District Court, ILCD

PROB 22
Rev. 2/88

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Ct.)

DOCKET NUMBER (Rec. Ct.)
05-10014

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Raymond Leone<br>723 North Avenue B<br>Canton, IL 61520 | Southern District of Florida | Probation |

NAME OF SENTENCING JUDGE
The Honorable William P. Dimitrouleas

| SD/FL PACTS No.  57438 | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>6/12/03 | TO<br>6/11/06 |
|---|---|---|---|

OFFENSE   Conspiracy to Interfere With Commerce by Robbery, 18: USC §1951(b)(3)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the **CENTRAL DISTRICT OF ILLINOIS** upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____          _____
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/22/05                           _____
Effective Date                    United States District Judge