E-FILED
Thursday, 24 February, 2005  11:29:53 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

February 24, 2005

Mr. Clarence G. Maddox II
Clerk/Court Administrator
United States District Court
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

RE: USA V. Raymond Leone
CASE NO. PEORIA IL: 05-10014

To whom it may concern:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on February 22, 2005, transferring jurisdiction of supervised release over Dft Raymond Leone from the Southern District of Florida to the Central District of Illinois, please forward to my office certified copies of the following:

    1. Indictment or Information

    2. Judgment and Commitment Order

    3. Financial Ledger

    4. Docket Sheet

    I enclose herein an original of the executed transfer of jurisdiction for your records.

Very truly yours,
  s/ John M. Waters
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

By:  s/ C. Douglas
Deputy Clerk

Enclosure(s)
JMW/cad



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

February 24, 2005

Mr. Clarence G. Maddox II
Clerk/Court Administrator
United States District Court
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

RE: USA V. Raymond Leone
CASE NO. PEORIA IL: 05-10014

To whom it may concern:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on February 22, 2005, transferring jurisdiction of supervised release over Dft Raymond Leone from the Southern District of Florida to the Central District of Illinois, please forward to my office certified copies of the following:

        1. Indictment or Information

        2. Judgment and Commitment Order

        3. Financial Ledger

        4. Docket Sheet

    I enclose herein an original of the executed transfer of jurisdiction for your records.

        Very truly yours,
          s/ John M. Waters
        JOHN M. WATERS, CLERK
        U.S. DISTRICT COURT

        By:   s/ C. Douglas
          Deputy Clerk

Enclosure(s)
JMW/cad