CD/IL PROB 12B
(Rev. 3/99)

E-FILED
Tuesday, 15 May, 2007  04:31:54 PM
Clerk, U.S. District Court, ILCD

# United States District Court

for

## CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Raymond A. Leone      **CASE NUMBER:** 05-10014 |
| | 175 Canal Street |
| | Terre Haute, Indiana 47807 |
| **SENTENCING JUDICIAL OFFICER:** | William P. Dimitrouleas |
| | U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | 02/26/99 |
| **ORIGINAL OFFENSE:** | Conspiracy and Interference with Commerce By Robbery |
| **ORIGINAL SENTENCE:** | 97 months custody followed by three years supervised release with the following special condition: 1) mental health counseling as directed. |
| **TYPE OF SUPERVISION:** | Supervised Release |
| **DATE SUPERVISION COMMENCED:** | 06/10/2004 |
| | 02/02/05, Jurisdiction transferred to the Central District of Illinois at Peoria. |
| | 05/06/05, No action e-mail sent to the Court regarding a Driving Under the Influence of Alcohol arrest in Peoria County, Illinois, Case No. 05-DT-192. This case was dismissed. The Court took no action at that time. |
| | 08/18/06, supervision was transferred to the Northern District of Illinois at Lisle. |

### PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[x]   To modify the conditions of supervision as follows:

Special Condition No. 2: You shall be immediately placed in the home confinement program with electronic monitoring until your supervision ends on June 9, 2007. You shall sign the rules of home

Re: Leone, Raymond A.

>confinement/electronic monitoring and comply with the conditions of home confinement. During this time, you will remain at your place of residence except for employment and other activities approved in advance by your probation officer. You shall wear an EM device and you shall pay the cost of this program as directed by your probation officer.

**CAUSE**

On February 18, 2007, the offender operated a motor vehicle while under the influence of alcohol. On the above stated date, a traffic stop was initiated by the West Terre Haute, Indiana, Police Department. According to the police report, the officer noticed a strong odor of alcohol emitting from the offender. The offender exhibited watery eyes, slurred speech, and he refused a chemical test. Offender Leone has denied using alcohol. The offender was arrested and charged with misdemeanor Operating a Vehicle While Intoxicated in Vigo County, Indiana, Case No. 84D05-0702-CM-557. The offender's next court date is June 5, 2007. The offender has executed a waiver of hearing and agreed to this modification. Assistant U.S. Attorney John Campbell concurs with this modification.

>Respectfully submitted,
>
>S\Patrick M. Howard
>
>PATRICK M. HOWARD
>U.S. Probation Officer
>Date: May 15, 2007

PMH/js

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[ ] Other

>    s/Joe Billy McDade
>HONORABLE JOE BILLY McDADE
>U.S. District Judge
>Date: 05/15/07

PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

```
Special Condition No. 2: You shall be immediately placed in the home
confinement program with electronic monitoring until your supervision
ends  on  June  9,  2007.   You  shall  sign  the  rules  of  home
confinement/electronic monitoring and comply with the conditions of
home confinement. During this time, you will remain at your place of
residence except for employment and other activities approved in
advance by your probation officer. You shall wear an EM device and you
shall pay the cost of this program as directed by your probation
officer.
```

Witness:    S\Patrick M. Howard        Signed: S\Raymond A. Leone
             PATRICK M. HOWARD              RAYMOND A. LEONE
             U.S. Probation Officer               Supervised Releasee

May 15, 2007